THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OTTO CART, Appellant.

(Argued October 22, 1931; decided November 17, 1931.)

*Jesse Perlmutter* for appellant.

*Elvin N. Edwards, District Attorney* (*Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.